Fill in this information to identify the case:

United States Bankruptcy Court for the:

WESTERN District of WASHINGTON
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | SORENTO ON YESLER OWNER LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 3 – 2 6 4 0 0 6 7 | |
| 4. Debtor's address | **Principal place of business**<br><br>1414 E YESLER WAY<br>Number   Street<br><br>SEATTLE    WA   98122<br>City    State   ZIP Code<br><br>KING<br>County | **Mailing address, if different from principal place of business**<br><br>Number   Street<br>1123<br>P.O. Box<br><br>MERCER ISLAND   WA   98040-1123<br>City   State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City   State   ZIP Code |
| 5. Debtor's website (URL) | | |

Debtor  SORENTO ON YESLER OWNER LLC                     Case number (if known)_____
        Name

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply:*
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
            District _____  When _____  Case number _____
                                          MM / DD / YYYY

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 2

| Debtor | SORENTO ON YESLER OWNER LLC | Case number (if known) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
District _____ When ____/____/_____
                                   MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                      Number   Street
_____
City                                State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor  SORENTO ON YESLER OWNER LLC _____    Case number (if known)_____
　　　　Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/18/2024
　　　　　　MM / DD / YYYY

X  /S/ Bogdan Maksimchuk _____    BOGDAN MAKSIMCHUK _____
Signature of authorized representative of debtor　　　Printed name

Title  MANAGING MEMBER OF SOLE EQUITY HOLDER _____

**18. Signature of attorney**

X  /s/ Christopher L. Young _____    Date  12/18/2024
Signature of attorney for debtor　　　　　　　　　　　　　　　　MM / DD / YYYY

CHRISTOPHER L. YOUNG _____
Printed name

LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC _____
Firm name

92 LENORA #146 _____
Number　Street

SEATTLE _____    WA    98121 _____
City　　　　　　　　　　　　　　　　　　　State　ZIP Code

(206) 407-5829 _____    chris@christopherlyoung.com _____
Contact phone　　　　　　　　　　　　　　　Email address

47977 _____    WA _____
Bar number　　　　　　　　　　　　　　　　State

## CORPORATE OWNERSHIP STATEMENT

Sorento on Yesler LLC, a Washington limited liability company, owns 100% of Sorento on Yesler Owner LLC's equity interests.

Dated: December 18, 2024                    by: /s/ Bogdan Maksimchuk
                                            Sorento on Yesler, LLC, Managing Member

# SORENTO ON YESLER OWNER, LLC
## CONSENT IN LIEU OF MEMBER'S MEETING

In lieu of a meeting of equity holders of the company, the undersigned, being the sole equity holder of the company, does hereby consent to the following action and by this writing does approve, adopt and ratify the following resolutions as the action of the equity holder:

**IT IS HEREBY RESOLVED**, that the filing of a voluntary chapter 11 petition under title 11 of the United States Code is in the best interests of the company, its equity holder, and its creditors; and it is further

**RESOLVED**, that the company is authorized to file a voluntary chapter 11 petition under title 11 of the United States Code; and it is further

**RESOLVED**, that the company is authorized to retain the Law Offices of Christopher L. Young PLLC to prepare and file its voluntary chapter 11 petition, and to represent the company as general bankruptcy counsel.

DATED this 18th day of December 2024.

    MEMBER:

    Sorento on Yesler, LLC, a Washington
    limited liability company

    */s/ Bogdan Maksimchuk*
    Bogdan Maksimchuk, Managing Member