UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

SORENTO ON YESLER OWNER, LLC,

　　Debtor.

---

SORENTO ON YESLER OWNER, LLC,

　　Plaintiff,

　　v.

YAMINAH ODDIE-JOHNSON, an individual, YAMINAH-ODDIE JOHNSON FOUNDATION, and other parties unknown.

　　Defendants.

BANKR. NO. 24-13217-CMA

ADV. PROC. NO. _____

COMPLAINT

COMES NOW Debtor Sorento on Yesler Owner LLC, by and through undersigned counsel, for claims against Defendants and alleges:

## I.　PARTIES

1. Plaintiff is a limited liability company organized and existing under the laws of Delaware.

2. Plaintiff is a chapter 11 debtor in the bankruptcy case referenced above.

3. Plaintiff holds title to real property commonly known as Sorento Flats, a multi-unit apartment building at 1414 East Yesler Way, Seattle, Washington 98122.

4. Defendant Oddie-Johnson is a resident of King County, Washington.

LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC
92 LENORA ST. NO. 146
SEATTLE, WA 98121
(206) 407-5829

COMPLAINT - 1

Case 24-13217-CMA    Doc 145    Filed 07/15/25    Ent. 07/15/25 07:44:28    Pg. 1 of 5

5. Defendant Oddie-Johnson has been a tenant at Sorento Flats.

6. Upon information and belief, Defendant Oddie-Johnson still resides at Sorento Flats.

7. Upon information and belief, Defendant Yaminah Oddie-Johnson Foundation is a not-for-profit entity organized under the laws of Washington state, UBI number 605627594.

8. The Oddie-Johnson Trust referenced herein is the same entity as Yaminah Oddie-Johnson Foundation.

9. Plaintiff reserves all rights with respect to amending this Complaint to name additional defendants.

## II. JURISDICTION AND VENUE

10. This is an action to disallow Defendants' claim and to invalidate Defendants' purported liens.

11. This is a core proceeding under subsections 157(b)(2)(A), (B), (C), and (K) of title 28 of the United States Code.

12. This Court has jurisdiction to hear this matter pursuant to sections 157 and 1334 of title 28 of the United States Code and section 502 of title 11 of the United States Code.

13. This matter has been referred to this Court pursuant to General Rule 7 of the Rules for the United States District Court for the Western District of Washington.

14. Venue is proper under section 1409 of title 28 of the United States Code.

## III. STATEMENT OF FACTS

15. Defendant Oddie-Johnson entered into a lease agreement to lease unit D216 of Sorento Flats.

16. Defendant Oddie-Johnson's lease term was May 2024 through April 2025.

17. At no time did Plaintiff grant any ownership interest whatsoever to Defendants.

18. At no time did Plaintiff grant any mortgage interest whatsoever to Defendants.

19. Defendant Oddie-Johnson has never owned a fee simple or any other ownership interest in Sorento Flats or any unit thereof.

COMPLAINT - 2

LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC
92 LENORA ST. NO. 146
SEATTLE, WA 98121
(206) 407-5829

Case 24-13217-CMA    Doc 145    Filed 07/15/25    Ent. 07/15/25 07:44:28    Pg. 2 of 5

20. Defendant Oddie-Johnson has never held a mortgage lien or other security interest in Sorento Flats or any unit thereof.

21. On July 26, 2024, Defendant Oddie-Johnson recorded or caused to be recorded an instrument entitled "Warranty Deed," executed by Defendant Oddie-Johnson as Grantor, which purports to convey Defendant Oddie-Johnson's interest in Unit D216 of Sorento Flats to Grantee, Yaminah Oddie-Johnson Trust ("**Warranty Deed**").

22. The Grantee named in the Warranty Deed is the same as Defendant Yaminah Oddie-Johnson Foundation.

23. The Warranty Deed is recorded with the King County Recorder's Office, Instrument Number 20240726000499.

24. On December 18, 2024, Plaintiff filed its voluntary chapter 11 petition initiating the bankruptcy case referenced above.

25. On December 31, 2024, Defendant Oddie-Johnson filed or caused to be filed a UCC Financing Statement with the King County Recorder's Office alleging a security interest in rental proceeds generated by Sorento Flats.

26. That financing statement is recorded with the King County Recorder's Office, Instrument Number 20241231231000758.

27. On June 17, 2025, Defendant Oddie-Johnson filed a proof of claim in Plaintiff's bankruptcy case.

28. That proof of claim asserts a secured claim of $1,000,000,000.

29. That proof of claim asserts security interests in Sorento Flats and the rental proceeds generated by Sorento Flats by way of mortgage lien.

30. That proof of claim fails to identify any factual basis for any claim against Plaintiff.

31. Plaintiff has never borrowed funds from Defendants.

32. Plaintiff is not obligated to pay any sum of money to Defendants.

33. Plaintiff has sought to evict Defendant Oddie-Johnson for failure to make monthly lease payments.

LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC
92 LENORA ST. NO. 146
SEATTLE, WA 98121
(206) 407-5829

COMPLAINT - 3

Case 24-13217-CMA    Doc 145    Filed 07/15/25    Ent. 07/15/25 07:44:28    Pg. 3 of 5

## IV. FIRST CAUSE OF ACTION – CLAIM DISALLOWANCE

34. Paragraphs 1 through 33 are hereby repeated and incorporated as though fully set forth herein.

35. Plaintiff does not owe money to Defendants.

36. Defendants' claim against Plaintiff is unenforceable under applicable law.

## V. SECOND CAUSE OF ACTION – DECLARATORY RELIEF

37. Paragraphs 1 through 36 are hereby repeated and incorporated as though fully set forth herein.

38. Defendant Oddie-Johnson does not hold and has never held a lien interest in Sorento Flats, any unit thereof, or its rental proceeds.

39. Defendant Oddie-Johnson does not hold and has never held an ownership interest in Sorento Flats or any unit thereof.

40. The Warranty Deed conveyed no ownership interest in Sorento Flats or any unit thereof.

41. Defendant Yaminah Oddie-Johnson Foundation does not hold a lien interest in Sorento Flats, any unit thereof, or its rental proceeds.

42. Defendant Yaminah Oddie-Johnson Foundation does not hold an ownership interest in Sorento Flats or any unit thereof.

## VI. REQUEST FOR RELIEF

WHEREFORE, Plaintiff having asserted claims for relief now asks for judgment against Defendants as follows:

A. That the Court disallow the claim asserted by Defendants.

B. That the Court enter declaratory relief that Defendants hold no lien or ownership interest in Sorento Flats or any unit thereof.

C. That Plaintiff recover reasonable attorney's fees and legal costs in an amount determined by the Court.

D. That the Court award such other and further relief as it deems just and equitable in the circumstances.

COMPLAINT - 4

LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC
92 LENORA ST. NO. 146
SEATTLE, WA 98121
(206) 407-5829

DATED this 15th day of July 2025.

        LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC

        */s/ Christopher L. Young*
        Christopher L. Young, WSBA No. 47977
        Attorney for Plaintiff

COMPLAINT - 5