Yaminah Oddie-Johnson
c/o 1414 East Yesler Way Unit D216
SEATTLE, WASHINGTON [98122]

Defendant, Pro Se, IN PRO PER

FILED
Western District of Washington
at Seattle

AUG 21 2025

GINA ZADRA WALTON, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

In re:

Sorento on Yesler Owner LLC,

Debtor.

, Plaintiff,

vs.

Yaminah Oddie-Johnson, and

Yaminah Oddie-Johnson Foundation,

,
　　　　Defendant.

No. Case No. 24-13217-CMA

Adv. Proc. No. 25-01081-CMA

Supplemental Notice Regarding Proof of Claim and Reservation of Rights

Defendant, Yaminah Oddie-Johnson, appearing pro se, respectfully submits this Supplemental Notice regarding her Proof of Claim and states as follows:

1. Defendant has filed a Proof of Claim in the above-captioned bankruptcy case in order to protect her secured and beneficial interest in the property located at 1414 East Yesler Way, Seattle, WA 98122, Parcel No. 000760-0122.

2. By filing the Proof of Claim, Defendant seeks only to ensure recognition of her interest as a creditor in this proceeding and does not waive, release, or abandon her ongoing Quiet Title action in King County Superior Court (Case No. 25-2-18024-7 SEA), which remains the proper forum to adjudicate the question of title ownership.

3. Defendant specifically reserves all rights to challenge this Court's jurisdiction over issues of real property ownership and requests that this Court abstain from duplicating or interfering with the pending state court Quiet Title action.

4. This Supplemental Notice is filed to clarify that Defendant's Proof of Claim is made solely for protective purposes and without prejudice to her jurisdictional and property ownership defenses.

Respectfully submitted this 18th day of August, 2025.

1

Supplemental Notice Regarding Proof of Claim and Reservation of Rights

*signature*

Yaminah Oddie-Johnson
Defendant, appearing specially
Mailing Address:
c/o 1414 East Yesler Way, Unit D216
Seattle, WA 98122

2