Yaminah Oddie-Johnson
c/o 1414 East Yesler Way Unit D216
Seattle, Washington, [98122]
Yaminah Oddie-Johnson, IN PRO PER

FILED - WAWB SEATTLE
2 SEP 2025 PM 1:08

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Sorento on Yesler Owner LLC, Debtor., <br><br> Plaintiff, <br><br> vs. <br><br> Yaminah Oddie-Johnson, Yaminah Oddie-Johnson Foundation, , <br><br> Defendant. | BANKR.NO.24-13217- CMA <br> Adv. Proc. No. 25-01081-CMA <br><br><br> NOTICE OF HEARING ON DEFENDANT'S MOTION FOR INJUNCTIVE RELIEF |

TO: All Parties and Counsel of Record:

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Judge Alston, United States Bankruptcy Judge for the Western District of Washington, on the Motion for Prohibitory and Protective Injunctive Relief filed by Defendant, Oddie-Johnson Trust.

- Date & Time: _____
- Location: U.S. Bankruptcy Court, 700 Stewart Street, Courtroom ___,
- Seattle, WA 98101, or via telephonic/virtual appearance as permitted by the Court.

At this hearing, the Court will consider Defendant's request for an injunction prohibiting the Plaintiff and its agents, including Wells Fargo, from taking actions that impair or liquidate the Trust's

property interests pending final adjudication of this adversary proceeding.

**Response Deadline**

Any opposition to the Motion must be filed with the Clerk of the Court and served on Defendant's Trustee no later than September 10th 2025

Respectfully submitted,

Dated: September 1, 2025

Seattle, Washington

ODDIE-JOHNSON TRUST

By: *Oddie-Johnson, Yaminah TTEE*

Yaminah Oddie-Johnson, Executor/Beneficiary

c/o 1414 East Yesler Way, Unit D216

Seattle, WA [ 98122]

Yaminah Oddie-Johnson
c/o 1414 East Yesler Way Unit D216
Seattle, Washington, [98122]
Yaminah Oddie-Johnson, IN PRO PER

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Sorento on Yesler Owner LLC, Debtor., <br><br> Plaintiff, <br><br> vs. <br><br> Yaminah Oddie-Johnson, Yaminah Oddie-Johnson Foundation, , <br><br> Defendant. | BANKR.NO.24-13217- CMA <br> Adv. Proc. No. 25-01081-CMA <br><br> DEFENDANT'S MOTION TO EXPEDITE HEARING ON MOTION FOR INJUNCTIVE RELIEF |

**DEFENDANT'S MOTION TO EXPEDITE HEARING ON MOTION FOR INJUNCTIVE RELIEF**

Defendant, Oddie-Johnson Trust "Defendant", by and through its Trustee, respectfully moves this Court for an order expediting the hearing on its pending Motion for Prohibitory and Protective Injunctive Relief.

**Grounds for Expedited Hearing**

1. Plaintiff, Sorento on Yesler Owner LLC, has initiated a liquidation process in the bankruptcy proceeding, which directly implicates and threatens Defendant's beneficial property interest.

2. Defendant has filed a Proof of Claim asserting its secured and beneficial interest in the subject property.
3. Unless injunctive relief is heard promptly, liquidation efforts may impair or extinguish the Trust's rights before this Court has an opportunity to fully adjudicate the claims.
4. Good cause exists under Fed. R. Bankr. P. 9006(c)(1) and Local Bankruptcy Rule 9013-1(d) to shorten time for hearing to protect the integrity of the Trust's assets.

**Relief Requested**

Defendant requests that the Court:
- Schedule an expedited hearing on the Motion for Injunctive Relief at the earliest available date prior to November 25, 2025;
- Set an appropriate briefing schedule for Plaintiff's response; and
- Grant such other relief as the Court deems just and proper.

**Proposed Order**

A proposed order granting this motion to expedite will be submitted concurrently for the Court's consideration.

2
NOTICE OF HEARING ON DEFENDANT'S MOTION FOR INJUNCTIVE RELIEF

Respectfully submitted,

Dated: September 1, 2025

Seattle, Washington

ODDIE-JOHNSON TRUST

By: *Oddie-Johnson, Yaminah TTEE*

Yaminah Oddie-Johnson, Executor/Beneficiary

c/o 1414 East Yesler Way, Unit D216

Seattle, WA [ 98122]

:

3
NOTICE OF HEARING ON DEFENDANT'S MOTION FOR INJUNCTIVE RELIEF