Oddie-Johnson Trust

c/o 1414 East Yesler Way Unit D216

Seattle, Washington [98122]

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

SORENTO ON YESLER OWNER LLC,

Debtor.

Case No. 24-13217-CMA

Chapter 11

OBJECTION TO NOTICE OF ASSUMED LEASES AND RESERVATION OF EQUITABLE RIGHTS

COMES NOW YAMINAH ODDIE-JOHNSON, in her private capacity as Trustee of the YAMINAH ODDIE-JOHNSON TRUST, and respectfully objects to the Debtor's Notice of Assumed Leases (filed October 6, 2025, ECF No. 159, and states as follows:

1. The Trustee objects to any presumption or classification of the Trust or Trustee as a "tenant," "lessee," or party to any commercial lease with the Debtor or its agents.

2. The Yaminah Oddie-Johnson Trust holds an equitable and beneficial interest in the property commonly known as 1414 E. Yesler Way, Seattle, WA 98122, as evidenced by previously recorded and filed instruments, including a Fee Simple Warranty Deed and Trust Declarations.

3. Any attempt by the Debtor to "assume" or include the Trust property or any interests therein as part of its bankruptcy estate or executory contracts constitutes interference with a private trust, trespass upon the trust res, and a violation of equitable rights.

1

OBJECTION TO NOTICE OF ASSUMED LEASES AND RESERVATION OF EQUITABLE RIGHTS

4. The Trustee hereby provides formal notice of reservation of rights, including but not limited to the right to file claims for interference, trespass, and equitable injury.

5. The Trustee further objects to any attempt by the Debtor or its counsel (Law Offices of Christopher L. Young, PLLC) to define or assume authority over the private trust estate without due process, standing, or lawful jurisdiction.

6. The Trust operates on the private side, separate from the Debtor's commercial dealings and bankruptcy estate, and is not bound by any public contract, lease, or tenancy relationship.

WHEREFORE, the Trustee respectfully requests that this Court:

- Deny or strike any assumption of purported "leases" related to the Trust property;
- Recognize the Trust's equitable ownership interest;
- Exclude the Trust property from the bankruptcy estate; and
- Grant such further equitable relief as justice requires.

DATED this 7th day of October, 2025.

Respectfully submitted,

Yaminah Oddie-Johnson, Trustee

Yaminah Oddie-Johnson Trust

1414 E Yesler Way Unit D216

Seattle, WA 98122

(Private Fiduciary Capacity)